**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

#### HOUSTON DIVISION

J. Paul Gilliam
   *Plaintiff(s),*

v.                                                                          Case No. 4:24–cv–00168

C. Spencer, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:  **11/21/2024**

TIME:  **04:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                Date: November 20, 2024

By Deputy Clerk, A. Rivera