United States District Court
Southern District of Texas
**ENTERED**
December 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J. PAUL GILLIAM § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H- 24-cv-00168 |
| DEER PARK POLICE DEPARTMENT, § ET AL § | |
| Defendant. § | |

### SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __2__ Days          Jury: ✓   Non-Jury: _____

1. (a) NEW PARTIES shall be joined by:          11/29/2024
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
   Counter-Plaintiff shall be filed by:
   11/29/2024

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                              2/14/2025

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it.  DUE DATE:                             3/21/2025

4. DISCOVERY must be completed by:                     8/29/2025
   Written discovery requests are not timely if they are filed   (Due at least two weeks before
   so close to this deadline that the recipient would not be     motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS           10/14/2025
   (except motions *in limine*) will be filed by:            (Due 90 days prior to Trial)

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*      1/5/2026
(The Court will fill in this date)      (Due the Monday before trial)

7.     TRIAL will begin at 9:00 a.m.      1/12/2026
(The Court sets a firm trial date)      (15 Months from the date case filed)

12/2/2024
Date

Keith P. Ellison
United States District Judge

Date      Counsel for Plaintiff(s)

11/21/2024      /s/ Ramon G. Viada III
Date      Counsel for Defendant(s)