UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
515 RUSK ST. HOUSTON, TX. 77002 USA

J. PAUL GILLIAM
PLAINTIFF

v.

SPENCER ET. AL.
DEFENDANTS

Case # 4:24-cv-000168

United States Courts
Southern District of Texas
FILED
MAR 26 2025
Nathan Ochsner, Clerk of Court

HONORABLE JUDGE

KIETH P. ELLISON

## MOTION FOR SUMMARY JUDGEMENT

NOW COMES PLAINTIFF, J. PAUL GILLIAM, IN ABOVE NUMBERED AND STYLED CASE, WITH HIS MOTION FOR SUMMARY JUDGEMENT.

PLAINTIFF GILLIAM HAS FILED USC 42 SEC. 1983 FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.

(J. GILLIAM, OR I) CONTEND, THAT 6, (SIX D.P.P.D.) OFFICERS SPENCER, WILLIAMS, DELAMORENA, GARZA, HUDSON, ERICKSON, WITNESSED BY THERE SGT. TRAVIS TROTTI, WRONGFULLY ARRESTED ME WITH EXCESSIVE FORCE AND CHARGED ME WITH INTERFERRING WITH THE DUTIES OF A PUBLIC SERVANT, USING EXTREME FORCE USE OF PEPPER SPRAY, ON NOVEMBER 23, 2023.

THE CHARGE WAS DISMISSED IN (HARRIS COUNTY COURT #15) AFTER VIEWING THE VIDEO ARCHIVED BY J.P. DABBS ELEMENTARY SCHOOL 302 E LAMBUTH LN. DEER PARK TEXAS 77536

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION 515 RUSK ST.

J. PAUL GILLIAM

v.

SPENCER ET. AL.

United States Courts
Southern District of Texas
FILED
MAR 26 2025
Nathan Ochsner, Clerk of Court

CASE # 4:24-cv-000168

HONORABLE JUDGE KEITH P. ELLISON

## MOTION FOR SUMMARY JUDGEMENT

NOW COMES PLANTIFF GILLIAM IN ABOVE NUMBERED AND STYLED CASE REQUESTING SUMMARY JUDGEMENT FROM THE COURT AND HONORABLE JUDGE KEITH P. ELLISON. AS A MATTER OF LAW DUE TO THE FACTS OF THE CASE FROM REPORT ON 11/23/23, AS WELL AS THE VIDEO ARCHIVED AT 302 E LAMBUTH LN DEER PARK, TX. IS I HOPE PRIMA FACIA EVIDENCE OF MY CLAIM. ALSO I HAVE BEEN INCARCERATED FOR THE PAST MONTH IN THE HARRIS COUNTY JAIL FOR RETAILIATION FROM D.P.P.D. DEER PARK POLICE OFFICERS SAYING I THREATENED TO SHOOT THEM IN THE FACE AND BACK AND I HAVE NO RECOLLECTION OF SAID EVENT. IT HAS BEEN SO STRESSFUL. AND I WAS RELEASED ON A (ZERO-BOND) FROM HARRIS COUNTY JAIL ONLY TO BE CALLED INTO COURT THE NEXT DAY AND BE ARRESTED AND GIVIN A 50,000$ BOND TO BE RELEASED IT IS SO MADDENING I WOULD JUST LIKE THE COURT TO FORCE THEM TO PAY REPARATIONS SO I CAN MOVE AWAY FROM DEER PARK BY GRANTING DEFAULT JUDGEMENT. 2,600,000.00

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: PAUL GILLIAM
SPN 01336622  Cell 2B2
Street 1200 BAKER ST
HOUSTON, TEXAS 77002


**Keefe** Commissary Network

**INDIGENT**

US POSTAGE $000.69
ZIP 77002
0008034358 MAR 24 2025
HOUSTON TX RPDC
24 MAR 2025 PM 3
FIRST CLASS

JUDGE KEITH P ELLISON / BOB CASEY
515 RUSK ST. HOUSTON TX. 77002

United States Courts
Southern District of Texas
**FILED**
MAR 26 2025
Nathan Ochsner, Clerk of Court

77002-260099