UNITED STATES FEDERAL COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION 515 RUSK ST HOUSTON TX

J. PAUL GILLIAM
PLAINTIFF

V.

SPENCER ET. AL.
DEFENDANTS

CASE # 4:24-CV-000168

HONORABLE JUDGE
KEITH P. ELLISON

## MOTION FOR SUMMARY JUDGEMENT AS A MATTER OF LAW

Now comes Plaintiff Gilliam, with his motion for summary judgement as a matter of law.

Gilliam, or I, have been arrested on November 23, 2023 unlawfully by the Police of Deer Park with excessive force used aswell as extreme force use of pepper spray being punched, and kicked on ground by six officers Spencer, Williams, Delacruz, Garza, Hudson and Erickson then handcuffed and pepper sprayed one inch from eyes, I, J. Paul Gilliam contend that the officers had no reasonable articulable suspicion of any crime being committed by me to warrant even being stopped as I was just sitting with dog at the school 302 E Lambuth Ln. J.P. Dabbs Elementary after police were called due to someone showing to much excitement verbally at an abandoned for the holiday elementary school.

Since this incident I have had issues worse mentally and pains in my right shoulder from the arrest. Doctors have since then giving me (M.R.I.) and multiple ex-rays, and, cortizone shot bigger than any shot I have ever seen in the backside of

MY SHOULDER BLADE WHICH IS NOT ONLY SHOCKINGLY SCARY LOOKING BUT WAS VERY PAINFUL AND A REMINDER OF ALL THE PAINFUL NIGHTS SPENT MOANING MYSELF TO SLEEP SINCE. ASK DAD PHILYP GILLIAM.

DUE TO THIS WRONGFUL AND VILIOUS ARREST WHICH IS NOT ISOLATED BY, AND OR FROM, THIS DEPARTMENT, I AM REQUESTING JUDGEMENT IN MY FAVOR AND MONETARY PAYMENT OF THE SUM OF 200,000.00 $ TWO HUNDRED THOUSAND DOLLARS FROM THE ORIGINAL SUM REQUESTED BEING 2,000,000.00 $ TWO MILLION DOLLARS BEING STATED BY ATTORNEY RAMON VIADA AS UNCONSTITUTIONAL TO THE EXTENT IT HAS BEEN ASSESSED.

I WOULD JUST LIKE TO MOVE FROM THE STATE OF TEXAS AND GO TO MAKE SURE AND SEE AFTER MY DAUGHTER UP NORTH IN THESE TROUBLED TIMES IN AMERICA AND WORK AND BE. JUST BE...

IF THIS SUBMITTED MOTION FOR SUMMARY JUDGEMENT IS ACCEPTED I WOULD LIKE THE TWO HUNDRED THOUSAND DOLLAR CHECK MAILED TO MY ADDRESS AT 405 LAMBUTH DEER PARK TX. 77536 WITH MR. PHILLIP R. GILLIAM AS THE RECIPIENT OF LETTER AND CHECK MADE OUT TO MR. J. PAUL GILLIAM.

GOD BLESS YOU ALL AND YOURS

SINCERELY,

J Paul Gilliam

WITNESSED BY: PHILLIP R. GILLIAM of DEER PARK, TEXAS
405 LAMBUTH LN. U.S.A.
PHONE # 281-217-6747

(ALSO) SGT TRAVIS TROTTI D.P.P.D.

(ALSO) CASE IN CRIMINAL COURT WAS DISMISSED DUE TO COURTS VIEWING OF SURVEILANCE FOOTAGE WHICH WAS ARCHIVED BY ME WITH SUPERINTENDENT ADMIN. D.P.I.S.O. STEVE CORRY

(ALSO) WITNESSED BY COURT APPOINTED ATTORNEY IN THE CASE OF INTERFERRING WITH THE DUTIES OF PUBLIC SERVANT ON 11/23/23

THANK YOU FOR YOUR TIME IN READING THIS AND I PRAY YOU CAN ACCOMODATE THIS REQUEST FOR SUMMARY JUDGEMENT AS A MATTER OF LAW.

SIGNED
[signature: J Paul Gilliam]
J PAUL GILLIAM

ALSO IF DEFENSE COUNSEL COULD PAY THE 200,000 $ DOLLARS AS SOON AS POSSIBLE THE MOTION AGAINST D.P.P.D. NEED NOT STAND AS CHARGED FOR THE OFFENSE FROM DPPD OFFICERS.

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: J PAUL DYLLAM
SPN: 01336622   Cell: 6F2
Street: 1200 BAKER ST.
HOUSTON, TEXAS 77002

**K Keefe Commissary Network**

United States Courts
Southern District of Texas
F I L E D

MAY 02 2025

Nathan Ochsner, Clerk of Court

LEGAL MAIL

LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
5th FLOOR 515 RUSK ST HOUSTON TX
77002
HONORABLE JUDGE KIETH P ELLISON'S COURT
CLERK

[FOREVER USA PURPLE HEART stamp]